[No. 71960-2-I.   Division One.   August 11, 2014.]

THE STATE OF WASHINGTON, *Respondent,* v. MARLOWE M. WESTRA, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-02889-1, Ronald E. Culpepper, J., entered January 7, 2013. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Spearman, C.J., and Leach, J.

[No. 71962-9-I.   Division One.   August 11, 2014.]

THE STATE OF WASHINGTON, *Respondent,* v. BRIAN EDWARD TURNER, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 12-1-04684-2, Thomas P. Larkin, J., entered March 15, 2013. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Verellen, A.C.J., and Becker, J.

[No. 71966-1-I.   Division One.   August 11, 2014.]

THE STATE OF WASHINGTON, *Respondent,* v. NAAMAN JAMAL WASHINGTON, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 11-1-02132-9, James R. Orlando, J., entered February 1, 2013. *Affirmed* by unpublished opinion per Cox, J., concurred in by Lau and Trickey, JJ.

[No. 42919-5-II.   Division Two.   August 12, 2014.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN ALLEN BOOTH, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. 10-1-00485-2, Richard L. Brosey, J., entered December 16, 2011. *Affirmed* by unpublished opinion per Bjorgen, A.C.J., concurred in by Maxa and Lee, JJ.